IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KARIN L. ANDERSON
aka
KARIN L. HARGRAVE,

    Petitioner,

-vs-

ANGELA LOCKE,

    Respondent.                  No. 12-cv-938-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on November 10, 2014 (Doc. 36), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice.**

                                 JUSTINE FLANAGAN,
                                 ACTING CLERK OF COURT

                              BY:  *s/Caitlin Fischer*
                                     **Deputy Clerk**

**DATED:** November 10, 2014

Digitally signed by David R. Herndon
Date: 2014.11.10 11:27:52 -06'00'

**APPROVED:**
    **U.S. DISTRICT JUDGE**
    **U. S. DISTRICT COURT**